MAGISTRATE JUDGE
TURNOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG
AUG 31 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DIVA LARIOS and all others similarly ) Case No.: **07-22299**
situated under 29 USC 216(B).        )
            Plaintiff,               )  **CIV - GOLD**
        vs.                          )
                                     )
BOX EXPRESS INTERNATIONAL            )
COURIER, INC.                        )
VICTOR H. SEIRRA                     )
            Defendants               )

## COMPLAINT (OPT-IN COMPLAINT UNDER 29 U.S.C. 216(B)

COMES NOW Plaintiff, by and through undersigned counsel, and states:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216.

2. The Plaintiff was a resident of Dade County, Florida at the time that this dispute arose.

3. The Defendant is a corporation that regularly transacts business within Dade County. Upon information and belief, the Defendant Corporation was the FLSA employer for the Plaintiff for the relevant time period. The Individual Defendants was/were the President/owner(s)/ corporate officers of the Defendant Corporation for the relevant time period and who ran the day to day operations of the Corporate Defendant for the relevant time period and who was/were responsible for paying the Plaintiff's wages.

4. All acts or omissions giving rise to this dispute took place in Dade County.

## FEDERAL STATUTORY VIOLATION (OVERTIME VIOLATION)

5. This action arises under the laws of the United States. Upon information and belief, there are several other employees of the Defendants who have worked in excess of forty hours weekly for the Defendants but have not been paid overtime wages as required by the FLSA. Therefore, the Plaintiff brings this complaint as a collective action under 29

1

U.S.C. 216(B).

6. This Court has jurisdiction pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section #216 for jurisdictional placement) as well as the Florida Constitution that vests this action within a court of competent jurisdiction.

7. 29 U.S.C. § 206 (a) (1) states " ..an employer must pay a minimum wage of $5.15/hr to an employee who is engaged in commerce..." [29 U.S.C. § 206 (a) (1)]"

8. 29 U.S.C. § 207 (a) (1) states, " if an employer employs an employee for more than forty hours in any work week, the employer must compensate the employee for hours in excess of forty at the rate of at least one and one half times the employee's regular rate...."

9. Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff was a international mailing clerk while she worked for the Defendants From on or about 04/15/05 to on or about 08/10/07. Both the Defendant's business and Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials that she used on a constant and/or continual basis and/or that were supplied to her by the Defendant to use on the job moved through interstate commerce prior to and/or subsequent to each Plaintiff's use of the same. Plaintiff's work for the Defendants was actually in and/or so closely related to the movement of commerce while she worked for the Defendant that the Fair Labor

2

Standards Act applies to Plaintiff's work for the Defendant. Upon information and belief, the Defendant Corporation grossed over $500,000 annually for the relevant time period.

10. Plaintiff worked an average of 45 hours per week for Defendants for the time period stated above at a rate of $7.00/hr.

11. Plaintiff was paid an amount specified in #10 for the hours that she worked for the Defendants but was not paid overtime wages for the hours that Plaintiff worked weekly in excess of forty hours weekly.

12. Defendants willfully and intentionally refused to pay Plaintiff the overtime wages and straight time wages as required by the law of the United States as set forth above and remains owing Plaintiff these overtime wages for the time period specified above.

Wherefore, the Plaintiff requests double damages and reasonable attorney fees from Defendant pursuant to the Fair Labor Standards Act as cited above, to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendant or, as much as allowed by the Fair Labor Standards Act--whichever is greater along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. The Plaintiff requests a trial by jury.

Respectfully submitted,

J.H. ZIDELL
ATTORNEY FOR PLAINTIFF
300 71st STREET #605
MIAMI BEACH, FLORIDA 33141
305-865-6766
F.B.N. 0010121

BY:_____/s/ JH ZIDELL_____

J.H. ZIDELL

4

# CIVIL COVER SHEET

JS 44 (Rev...)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: Diva Larios

**DEFENDANTS**: Box Express International Courier, Inc., Victor H. Seirra

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: Dade

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**: Dade

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**: J.H. Zidell, P.A., M. Beach, FL 33141, 300 71st Street #605, (305) 865-6766

**Case No.**: 07-22299 CIV-GOLD / MAGISTRATE JUDGE TURNOFF

**(d) CIRCLE COUNTY WHERE ACTION AROSE**: DADE

**II. BASIS OF JURISDICTION**: ☒ 3 Federal Question

**IV. ORIGIN**: ☒ 1 Original Proceeding

**V. NATURE OF SUIT**: 710 Fair Labor Standards Act

**VI. CAUSE OF ACTION**: 29 USC 201-216

**LENGTH OF TRIAL**: 2 days estimated

**VII. REQUESTED IN COMPLAINT**: JURY DEMAND: ☒ YES

**DATE**: 8/31/07

**RECEIPT #**: 965793  **AMOUNT**: 350

FILED by DKTG  AUG 31 2007  CLARENCE MADDOX  CLERK U.S. DIST. CT.  S.D. OF FLA. - MIAMI